UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>MARK ALAN STANGER,<br><br>           Defendant. | No. CR-10-146-RMP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND PRETRIAL RELEASE CONDITIONS |

Before the court is Defendant's unopposed Motion to Amend Conditions of Release.

**IT IS ORDERED:**

1. Defendant's Motion **(Ct. Rec. 34)** is **GRANTED.**

2. Defendant may travel to Okanogan County to participate in a civil marriage proceeding on February 23, 2011, or as soon thereafter as the Okanogan County Superior Court's schedule allows, provided that Defendant provides his supervising Probation Officer with advanced notice of the date and time and of his travel arrangements.

DATED February 17, 2011.

                              S/ CYNTHIA IMBROGNO
                      UNITED STATES MAGISTRATE JUDGE