UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK ALAN STANGER,<br><br>                    Defendant. | No. CR-10-146-RMP<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND PRETRIAL RELEASE CONDITIONS |

Before the court is Defendant's Unopposed Motion to Amend Pretrial Release Conditions.

**IT IS ORDERED** Defendant Stanger's Unopposed Motion to Amend Pretrial Release Conditions **(Ct. Rec. 38)** is **GRANTED**. Defendant Stanger may travel to and participate in his children's wrestling practices on Tuesdays and Thursdays, and the wrestling tournaments. Defendant is to inform his probation officer with the dates of his children's wrestling practices and tournaments he plans to attend.

DATED March 11, 2011.


                          S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO AMEND PRETRIAL RELEASE CONDITIONS - 1