```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

UNITED STATES OF AMERICA,           )
                                    ) No. CR-10-146-RMP
                  Plaintiff,        )
                                    ) ORDER GRANTING DEFENDANT'S
v.                                  ) UNOPPOSED MOTION TO AMEND
                                    ) PRETRIAL RELEASE CONDITIONS
MARK ALAN STANGER,                  )
                                    )
                  Defendant.        )
_____)

The court has considered the Defendant's submissions and is fully advised. Based on the foregoing,

**IT IS ORDERED**:

1. Defendant Stanger's Unopposed Motion to Amend Pretrial Release Conditions **(Ct. Rec. 48)** is **GRANTED**.

2. Defendant Stanger shall contact the United States Probation Office to make whatever arrangements are necessary to change his pretrial release address to Okanogan, Washington.

3. Once such arrangements have been made, Defendant Stanger shall reside at the above address subject to the same terms and conditions that presently apply to the Defendant's pretrial release.

4. Defendant is authorized to assist with attending to his child's medical needs as set forth in Defendant's Unopposed Motion and Declaration.

DATED April 7, 2011.

                                    S/ CYNTHIA IMBROGNO
                                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO AMEND PRETRIAL RELEASE CONDITIONS - 1