PROB 12B
(7/93)

Report Date: December 14, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 4 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mark A Stanger          Case Number: 2:10CR00146-001

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 8/31/2011          Type of Supervision: Supervised Release

Original Offense: Misprision of a Felony, 18 U.S.C. § 4          Date Supervision Commenced: 8/31/2011

Original Sentence: Prison - 41 Days; TSR - 12 Months          Date Supervision Expires: 8/30/2012

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Stanger has failed to gain employment. His last reported period of employment was from February 9, 2011, to March 6, 2011, while on pretrial supervision with this office.

Mr. Stanger has been counseled by this probation officer on several occasions for failing to provide urine samples for testing, as required. He failed to appear at the contracted vendor's office, as directed, on the following dates: September 29, October 3, and November 13, 2011. On November 15, 2011, during an unscheduled home visit, Mr. Stanger was requested to provide a urine sample, however, he was unable to provide the sample.

Mr. Stanger provided a presumptive positive urinalysis test on December 12, 2011, for the use of methamphetamine. Following the provision of the presumptive positive sample, Mr. Stanger was asked if he wanted to sign an admission of use form. Mr. Stanger reported to this officer that he had used methamphetamine on December 9, 2011, and following this admission, he signed an admission of use form.

Mr. Stanger has been counseled on multiple occasions regarding his failure to abide by the requirements of his location monitoring program. This includes unapproved absences and/or violations of his curfew on the following dates: September 10, 11, and 24, 2011, and November 9 and 13, 2011.

On December 12, 2011, Mr. Stanger notified this officer that on the previous evening, he had become involved in a domestic dispute with his mother and brother. During this dispute, as reported by Mr. Stanger and his mother, Mr.

Prob 12B
Re: Stanger, Mark A.
December 14, 2011
Page 2

Stanger's brother caused irreversible damage to the base unit of the location monitoring equipment causing it to become inoperable.

Given the above information, the modification of the defendant's conditions of supervision appear appropriate and will allow the defendant to participate in substance abuse counseling, seek employment, and an approved residence. Mr. Stanger has agreed to the modification, as evidenced by his signature on the attached waiver of hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2011

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/14/11
Date