PROB 12C
(7/93)

Report Date: December 22, 2011

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark A. Stanger     Case Number: 2:10CR00146-001

Address of Offender:            Omak, WA 98841

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 8/31/2011

Original Offense:     Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:     Prison - 41 Days;     Type of Supervision: Supervised Release
                      TSR - 12 Months

Asst. U.S. Attorney:     Aine Ahmed     Date Supervision Commenced: 8/31/2011

Defense Attorney:     Richard Mount     Date Supervision Expires: 8/30/2012

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons; |
| | **Supporting Evidence**: Mr. Stanger has failed to gain employment. His last reported period of employment was from February 9 to March 6, 2011, while on pretrial supervision with this office. |

Prob12C
Re: Stanger, Mark A.
December 22, 2011
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Stanger has been counseled by his probation officer on several occasions for failing to provide urinalysis testing, as required. This includes his failure to appear at the contracted vendor's office, as directed, on the following dates: September 29, October 3, and November 13, 2011. On November 15, 2011, during an unscheduled home visit, Mr. Stanger was requested to provide a urine sample. However, he was unable to provide the sample at the time requested.

Mr. Stanger provided a presumptive positive urinalysis test on December 12, 2011, for the use of methamphetamine. Following the provision of the presumptive positive sample, Mr. Stanger was asked if he wanted to sign an admission of use form. Mr. Stanger reported to Deputy Chief Elvin that he had used methamphetamine on December 9, 2011, and following this admission, he signed an admission of use form.

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: You shall participate in the home confinement program for 180 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. |

**Supporting Evidence**: Mr. Stanger has been counseled on multiple occasions regarding his failure to abide by the requirements of the location monitoring program. This includes unapproved absences and/or violations of his curfew on the following dates: September 10, 11, 24, and November 9 and 13, 2011.

On December 12, 2011, Mr. Stanger notified Deputy Chief Elvin that on the previous evening he had become involved in a domestic dispute with his mother and brother. During this dispute, as reported by Mr. Stanger and his mother, Mr. Stanger's brother caused irreversible damage to the base unit of the location monitoring equipment causing it to become inoperable.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/22/2011

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Stanger, Mark A.
December 22, 2011
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_signature_
Signature of Judicial Officer

December 23, 2011
Date