PROB 12C
(7/93)

Report Date: April 24, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 24 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mark A Stanger                Case Number: 2:10CR00146-001

Address of Offender:             Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 8/31/2011

Original Offense:       Misprision of a Felony, 18 U.S.C. § 4

Original Sentence:      Prison - 41 days            Type of Supervision: Supervised Release
                        TSR - 12 months

Asst. U.S. Attorney:    Aine Ahmed                  Date Supervision Commenced: 8/31/2011

Defense Attorney:       Richard Mount               Date Supervision Expires: 8/30/2012

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                    **Supporting Evidence**: On April 13, 2012, Mark Stanger submitted a urine specimen at the Spokane Residential Reentry Center. Said specimen was confirmed positive for noroxycodone, oxycodone, and oxymorphone.

2                   **Special Condition # 15**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

                    **Supporting Evidence**: As a result of Mr. Stanger's confirmed use of an illicit substance he is being terminated from the Spokane Residential Reentry Center.

Prob12C
Re: Stanger, Mark A
April 24, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/24/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

April 24, 2012
Date